UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES H. ANDERSON,

    Petitioner,

File no: 1:10-cv-676

v.

HON. JANET T. NEFF

GRAND TRAVERSE BAND OF OTTAWA
and CHIPPEWA INDIANS TRIBAL COURT,

    Respondent.
_____/

# ORDER APPROVING MAGISTRATE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket # 10) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Petitioner Charles Anderson's petition be dismissed without prejudice for failure to exhaust tribal remedies.

Dated: January 19, 2011      /s/ Janet T. Neff
                                      JANET T. NEFF
                                      UNITED STATES DISTRICT JUDGE